**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; and IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>UPRIGHT STEEL, LLC, a limited liability company,<br><br>    Defendant. | CASE NO. 2:10-cv-07755-RGK-SH<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on March 17, 2011, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; and IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, shall have a Renewal of Judgment against Judgment Debtor, UPRIGHT STEEL, LLC, a limited liability company.

Renewal of money judgment against UPRIGHT STEEL, LLC:

| | | |
|---|---|---:|
| a. | Total Judgment | $290,690.96 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $290,690.96 |
| d. | Credits after Judgment | $0.00 |
| e. | Subtotal (d. from c.) | $290,690.96 |
| f. | Interest after Judgment computed from March 17, 2011 to March 2, 2021 at 0.25% accruing at $1.99 per day | $7,243.38 |
| g. | Fee for filing renewal application | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | $297,934.34 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: 3/3/2021            Clerk, by _____, Deputy